IKLER v. NIX.

[75 South. 120, Division A.]

MASTER AND SERVANT. *Servant's injury. Contributory negligence. Peremptory instruction.*

In a suit by a servant against the master for personal injuries where the evidence fails to show that the master was guilty of any negligence, but on the contrary shows that the servant's injury was caused solely by his own negligence, a peremptory instruction for the master should be given.

APPEAL from the circuit court of Jones county.
HON. PAUL B. JOHNSON, Judge.

Suit by A. R. Nix against P. M. Ikler. From a judgment for plaintiff, defendant apepals.

This is an appeal from a judgment in the circuit court in favor of appellee for the sum of one thousand, five hundred dollars for injuries received by him while employed in appellant's sawmill. Appellee was working as a laborer, and lost a thumb and three fingers, and alleges that appellant was negligent in not providing safe machinery and sufficient labor to properly do the work.

*Currie & Smith,* for appellant.

*W. J. Pack* and *Jeff Collins,* for appellee.

SMITH, C. J., delivered the opinion of the court.

The record discloses no negligence on the part of appellant, but, on the contrary, that appellee's injury was caused solely by his own negligence; consequently, appellant's request for a peremptory instruction should have been granted.

Reversed, and judgment here for appellant.

*Reversed.*